[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-13376
_____

D. C. Docket No. 1:11-cv-03471-TWT

MYRON N. WEINSTEIN,

Plaintiff-Appellant,

versus

GEORGIA STATE BOARD OF EXAMINERS OF
PSYCHOLOGISTS, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(May 24, 2013)

Before HULL, WILSON and FARRIS,[*] Circuit Judges.

PER CURIAM:

---

[*]Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by
designation.

Plaintiff-Appellant Myron Weinstein appeals the district court's April 3, 2012 order granting Defendants-Appellees' motion to dismiss on abstention grounds. After review and with the benefit of oral argument, we conclude that the district court did not abuse its discretion in granting Defendants-Appellees' motion to dismiss and abstaining under Younger v. Harris, 401 U.S. 37, 91 S. Ct. 746 (1971). See Green v. Jefferson Cnty. Comm'n, 563 F.3d 1243, 1248 (11th Cir. 2009) ("We review a district court's decision to abstain from exercising its jurisdiction for an abuse of discretion.").

**AFFIRMED.**[1]

---

[1]After oral argument on May 17, 2013, Plaintiff-Appellant Weinstein tendered a handwritten request to supplement the record on appeal. On May 22, 2013, Weinstein filed a formal motion also requesting to supplement the record on appeal. We deny the requests because we are not inclined to consider documents that were not filed or considered by the district court in the first instance.